In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-11-00435 -CV
_____

### KATHLEEN EDNA FUSSELMAN, Appellant

### V.

### LELAND GEORGE FUSSELMAN, Appellee

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 10-04-04180 CV**

### ORDER

Counsel of record for appellee Leland George Fusselman filed a motion to withdraw as counsel. The motion lists the current deadlines and settings in the case, contains the party's name and last known address, and states that a copy of the motion was delivered to the party. *See* Tex. R. App. P. 6.5(a). A copy of the appellee's consent to the withdrawal is attached to the motion.

The motion to withdraw as counsel for the appellee is GRANTED. Tex. R. App. P. 6.5. All notices in the appeal will be sent to Leland George Fusselman, *pro se,* at

15002 Chestnut Falls Drive, Cypress, Texas 77443. The period for mediation and the time for filing the reporter's record is unaffected by this order. The period for mediation expires December 31, 2012, and the reporter's record is due to be filed January 31, 2013.

ORDER ENTERED December 6, 2012.

PER CURIAM

Before McKeithen, C.J., Gaultney and Kreger, JJ.